AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America
v.

Josefina JAIMES-Ochoa
*Defendant(s)*

Case No. EP-25-M-4521-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 14, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | did possess a/an (immigrant visa, non-immigrant visa, permit, border crossing card, alien registration receipt card, OR a document prescribed by statute and regulation for entry into and as evidence of authorized stay and in the United States), namely: counterfeit border crossing card (DSP-150), knowing it to have been (forged, counterfeited, altered, falsely made, procured by means of a false claim or statement, procured by fraud, unlawfully obtained, or any applicable combination of the preceding). |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At   1 : 01   PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Kristin L. Sanchez
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: August 15, 2025

*Judge's signature*

Robert F. Castaneda
UNITED STATES MAGISTRATE JUDGE

City and state: El Paso, Texas

## FACTS

On or about August 14, 2025, the DEFENDANT, Josefina JAIMES-Ochoa, a native and citizen of Mexico, applied for a admission into the United States at the Paso Del Norte Port of Entry via pedestrian in El Paso, Texas located in the Western District of Texas.

Customs and Border Protection Officer Lara was manning the pedestrian when the DEFENDANT presented a B1/B2 Border Crossing Card (DSP-150) and when asked, stated her intentions were to travel to El Paso. CBPO Lara scanned the document but the system did not generate a photograph attached to the document. CBPO Lara took a closer look at the DSP-150 and suspected the font to be different than others he has processed. CBPO Lara referred the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which she read, understood, signed, did not request legal counsel and agreed to give a sworn statement without the presence of counsel. The DEFENDANT admitted she knew the document she presented was counterfeit and stated her husband had purchased it for $11,000 USD.

Database records checks revealed the DEFENDANT does not have any legal documents with which to enter, reside, or seek employment in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD
None established at this time.

IMMIGRATION RECORD
None established at this time.